926 A.2d 437

**CITY OF PITTSBURGH, Respondent,**

v.

**FRATERNAL ORDER of POLICE, Fort
Pitt Lodge No. 1, Petitioner.**

Supreme Court of Pennsylvania.

May 22, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of May 2007, the Petition for Allowance of Appeal is GRANTED, as to the following issue:

Whether the Commonwealth Court's decision permitting the reduction of post-retirement healthcare benefits for active officers conflicts with the Supreme Court's decision in *Appeal of Upper Providence Township,* 514 Pa. 501, 526 A.2d 315 (1987)?

In briefing this issue, the parties are directed to address whether the arbitrator's award approving a capping of contributions for healthcare benefits for future retirees constitutes a diminishment in benefits in a present employee's pension or retirement system.